In the Matter of LEWIS A. ABRAMS et al., Appellants, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, et al., Respondents.

Argued November 26, 1941; decided January 8, 1942.

*Gabriel L. Kaplan, Sidney A. Fine* and *Elliot B. Paley* for appellants.

*William C. Chanler, Corporation Counsel (Frederick vP. Bryan* and *George G. Gallantz* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.